```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04085
    TAMAINE V WATERS
    ELIZABETH WATERS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-0161     SSN XXX-XX-3068
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/22/08 and confirmed on 05/21/08.

2. The case was converted to Chapter 7 after confirmation, 09/11/2008.

3. The Debtor paid a total of $  800.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | NOTICE ONLY | .00 | .00 | .00 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET MANAGEMENT OUT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC ANESTHESIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T AT HOME | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DENTALCARE PARTNERS INC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL ASSOC IN MEDICI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

```
PRAIRIE EMERGENCY SERVIC UNSECURED       NOT FILED                 .00          .00
PROVENA ST JOSEPH MEDICA UNSECURED       NOT FILED                 .00          .00
SAFECO INSURANCE         UNSECURED       NOT FILED                 .00          .00
SEARS DENTAL             UNSECURED       NOT FILED                 .00          .00
WELLS FARGO FINANCIAL AC UNSECURED       NOT FILED                 .00          .00
WILL COUNTY MEDICAL ASSO UNSECURED       NOT FILED                 .00          .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00          .00
PRINCIPAL PAID             .00          .00          .00          .00          .00
INTEREST PAID              .00          .00          .00          .00          .00
TOTAL PAID                 .00          .00          .00          .00          .00
```

The Debtor's attorney, JOHN C DENT                     , was allowed $    3500.00
and was paid $     295.00   direct and $     753.60   through the plan.

The Trustee received $      46.40 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE